# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ALTANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **Aminata Annette Favors,** ) | CASE NO. **18-61986 - JRS** |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

## DEBTOR'S NOTICE TO WITHDRAW DOCUMENT

COMES NOW Debtor, Aminata Annette Favors, and hereby withdraws their Notice of Rescheduling Confirmation Hearing, Notice of Rescheduling Meeting of Creditors, filed on October 3, 2018 (Docket Number 14).

Dated: October 5, 2018

M. Chase McCallum   /s/
M. Chase McCallum Esq.
Georgia Bar No. 173048
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, Georgia 30346
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **Aminata Annette Favors,** | ) CASE NO. **18-61986 - JRS** |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury, that I am over eighteen years of age and that I have this day served a copy of the within Notice to Withdraw Document upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

**Aminata Annette Favors**
942 Parsons St
Covington Ga 30014

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: October 5, 2018

M. Chase McCallum  /s/
M. Chase McCallum Esq.
Georgia Bar No. 173048
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, Georgia 30346
**Attorney for the Debtor**
