UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| AMINATA ANNETTE FAVORS | : | CASE NUMBER A18-61986-JRS |
| DEBTOR | : | |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on October 2, 2018:**

As to whether Debtor provided 2016 and 2017 tax returns

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide 2016 and 2017 tax returns

*Please enter an Order of Dismissal*

This the 25th day of October, 2018

                                                  _/s/_____
                                                  Maria C. Joyner,
                                                  Attorney for Chapter 13 Trustee
                                                  GA Bar No. 118350
                                                  303 Peachtree Center Ave., NE
                                                  Suite 120
                                                  Atlanta, GA  30303
                                                  (678) 992-1201

*/jlr*

# CERTIFICATE OF SERVICE

Case No:  A18-61986-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
AMINATA ANNETTE FAVORS
942 PARSONS ST
ATLANTA, GA  30014

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 25th day of October, 2018.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201